EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING 6697
Assistant United States Attorneys
ATTN: Financial Litigation Unit
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI   96850
Telephone No. (808) 541-2850
Fax No.  (808) 541-3752
Email: Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CIVIL NO.  MS 02-00041 SOM LEK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | SATISFACTION OF JUDGMENT AND |
| | ) | RELEASE OF ABSTRACTS OF |
| vs. | ) | JUDGMENT |
| | ) | |
| GARY L. HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

SATISFACTION OF JUDGMENT AND
RELEASE OF ABSTRACTS OF JUDGMENT

     WHEREAS, on November 14, 1997, a Judgment was entered against Defendant GARY L. HALL, in the United States District Court, District of Arizona, in favor of Plaintiff UNITED STATES OF AMERICA; and subsequently filed on March 25, 2002, in the United States District Court, District of Hawaii, in the above-entitled action for the principal sum of $14,386.19, plus interest accruing at 7.0% from July 8, 1996 to the date of judgment; and interest thereon at the legal judgment rate of 5.42

percent per annum, and an Abstract of Judgment was recorded in following county recorders' offices:

1. Bureau of Conveyances, State of Hawaii, Regular System **Document No. 2002-010537 on January 22, 2002**,

2. Coconino County, State of Arizona, **Inst: 98-00072, Dkt: 2055, Page: 974 on January 2, 1998,** and

3. Maricopa County, State of Arizona, **Document No. 2002-0026560 on January 9, 2002**

WHEREAS, said Judgment debt owed by Defendant GARY L. HALL to Plaintiff UNITED STATES OF AMERICA has been fully satisfied.

THEREFORE, Plaintiff UNITED STATES OF AMERICA releases Judgment and Abstracts of Judgment as to Defendant GARY L. HALL (SSN: XXX-XX-1849).

DATED:  December 5, 2006, Honolulu, Hawaii.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii

                                /s/ Edric M. Ching

By:_____
    EDRIC M. CHING
    Assistant United States
    Attorney

    Attorneys for the Plaintiff